# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUEALLELE CORPORATION,<br><br>      Plaintiff and<br>      Counterclaim-Defendant,<br><br>  v.<br><br>INTELLIA THERAPEUTICS, INC.,<br><br>      Defendant and<br>      Counterclaim-Plaintiff. | C.A. No. 24-cv-0791-JFM |

## JOINT CERTIFICATION UNDER GENERAL ORDER DATED OCTOBER 1, 2025

Pursuant to the Court's General Order Re: Filing Under Seal dated October 1, 2025 ("General Order") (D.I. 110), counsel of record for Plaintiff and Counterclaim-Defendant BlueAllele Corporation and Defendant and Counterclaim-Plaintiff Intellia Therapeutics, Inc. hereby certify that they have reviewed, understood, complied with, and will comply with the General Order.

Dated: October 3, 2025

| | |
|---|---|
| **FISH & RICHARDSON P.C.** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| /s/ *Jonathan A. Bell*<br>Martina Tyreus Hufnal (#4771)<br>Jonathan A. Bell (#7292)<br>Q. Claire Xue, Ph.D. (#7472)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>Phone: (302) 652-5070<br>Email: tyreushufnal@fr.com; jbell@fr.com<br>cxue@fr.com;<br><br>Jonathan E. Singer<br>FISH & RICHARDSON P.C. | /s/ *Derek J. Fahnestock*<br>Rodger D. Smith II (#3778)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>rsmith@morrisnichols.com;<br>dfahnestock@morrisnichols.com<br><br>Arlene L. Chow<br>Ernest Yakob<br>Takashi Okuda |

12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 678-5070
Email: singer@fr.com

Michael J. Kane
Sarah E. Jack
Alexander G. Rafferty
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
Phone: (612) 335-5070
Email: kane@fr.com; jack@fr.com; rafferty@fr.com

Dexter Whitley, Ph.D.
FISH & RICHARDSON P.C.
1180 Peachtree Street NE
21st Floor
Atlanta, GA 30309
Phone: (404) 724-2808
Email:  whitley@fr.com

Brandon M. Schwartz
SCHWARTZ LAW FIRM
988 Inwood Avenue N.
Oakdale, MN 55128
Phone: (651) 728-4339
Email: bschwartz@mdspalaw.com

*Attorneys for Plaintiff and Counterclaim-Defendant BlueAllele Corporation*

LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Will Orlady
Daniel Hemming
LATHAM & WATKINS LLP
10250 Constellation Boulevard, Suite 1110
Los Angeles, CA 90067
(424) 653-5500

Jennifer Judson Esch
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

Manuela Burek
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

*Attorneys for Defendant and Counterclaim-Plaintiff Intellia Therapeutics, Inc.*